UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY W. BARAN, M.D., | ) Civil Action No.: 1:06CV3034 |
| | ) |
| Plaintiff, | ) Judge Oliver |
| | ) |
| vs. | ) Mag. Judge Hemann |
| | ) |
| TYCO HEALTHCARE GROUP, L.P. | ) NOTICE OF DISMISSAL |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to a settlement agreement reached in this action, Plaintiff Gregory W. Baran, M.D. submits this notice of dismissal with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DATED:  April 26, 2007          /s/ Steven M. Auvil
                                            Steven M. Auvil (0063827)
                                            sauvil@bfca.com
                                            Gregory S. Kolocouris (0074806)
                                            gkolocouris@bfca.com
                                            BENESCH, FRIEDLANDER,
                                              COPLAN & ARONOFF LLP
                                            2300 BP Tower, 200 Public Square
                                            Cleveland, Ohio  44114-2378
                                            Telephone:  (216) 363-4500
                                            Facsimile:  (216) 363-4588

                                            Attorneys for Plaintiff
                                            GREGORY W. BARAN, M.D.

2

CERTIFICATE OF SERVICE

  I hereby certify that on April 26, 2007, a copy of the foregoing NOTICE OF DIMISSAL was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ Steven M. Auvil
                One of the Attorneys for Plaintiff
                GREGORY W. BARAN, M.D.

Doc 1437760 Ver 1